1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   L. MCELROY,

11           Plaintiff,                  No. CIV S-07-2546 GEB EFB P

12        vs.

13   DEPARTMENT OF CORRECTIONS,
     et al.,
14
             Defendants.              ORDER
15   _____/

16        Plaintiff, a state prisoner without counsel, has filed a civil rights action.  *See* 42 U.S.C.

17   § 1983.

18        Plaintiff alleges a violation of his civil rights in Delano, California.  Delano is in the

19   Fresno Division of this court and the action should have been commenced there.  *See* Local Rule

20   3-120(d).

21        Accordingly, it is hereby orderd that:

22        1.  This action is transferred to the district court sitting in Fresno.

23        2.  The Clerk of Court shall assign a new case number.

24   /////

25   /////

26   ////

1    3.  All future filings shall bear the new case number and shall be filed at:

2                    United States District Court
                     Eastern District of California
3                    2500 Tulare Street
                     Fresno, CA 93721
4

5    DATED:  January 10, 2008.

6

7                        EDMUND F. BRENNAN
                         UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26