IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L. McELROY,

        Plaintiff,        CV F 08 0047 OWW WMW PC

  vs.                    FINDINGS AND RECOMMENDATION RE MOTION
                        FOR INJUNCTIVE RELIEF  (DOC 14)

LT. OSTRANDER, et al.,

        Defendants.

      Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation at California State Prison Sacramento, seeks injunctive relief in the form of an order providing him with law library access.

      This action proceeds against defendant correctional officials employed by the CDCR at Kern Valley State Prison.  Plaintiff's claim concerns a disciplinary process at Kern Valley. Plaintiff seeks an order directing officials at Kern Valley to provide him with law library access. Plaintiff is no longer housed at Kern Valley State Prison.   When an inmate seeks injunctive or declaratory relief concerning the prison where he is incarcerated, his claims for such relief become moot when he is no longer subjected to those conditions. See Weinstein v. Bradford, 423 U.S. 147 (1975); Enrico's, Inc. v. Rice, 730 F.2d 1250, 1255 (9th Cir. 1984).  Accordingly, plaintiff's request[s] should be denied as moot.

1    Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for law library
2 access be denied.
3    These findings and recommendations are submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within thirty days
5 after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
8 shall be served and filed within ten days after service of the objections.   The parties are advised
9 that failure to file objections within the specified time waives all objections to the judge's
10 findings of fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file
11 objections within the specified time may waive the right to appeal the District Court's order.
12 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

14 IT IS SO ORDERED.
15 **Dated:    June 19, 2008**              /s/  **William M. Wunderlich**
                                         UNITED STATES MAGISTRATE JUDGE